UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JESUS LOZANO, J93434,<br><br>Plaintiff. | Case No. 25-cv-04377-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On May 22, 2025, the clerk filed as a new prisoner civil rights action a health care services request form in which plaintiff claims denial of adequate medical care. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: July 8, 2025

CHARLES R. BREYER
United States District Judge